IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS WRIGHT**                                                                                            **PLAINTIFF**
**ADC #122117**

v.                                              Case No. 4:21-cv-00280-KGB

**JAMES GIBSON,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered ordered and adjudged that plaintiff Marcus Wright's amended complaint is dismissed without prejudice (Dkt. No. 18). The Court recommends that the dismissal of this action be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

It is so adjudged this 30th day of September, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge